**C.S. MCCROSSAN CONSTRUCTION, INC., Appellant,**

v.

**Joseph W. WESTPHAL, Acting Secretary of the Army, Appellee.**

No. 00–1207.

United States Court of Appeals, Federal Circuit.

April 9, 2001.

Before MICHEL, BRYSON and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.